[Criminal No. 291.    Filed March 25, 1911.]

[114 Pac. 1129.]·

GEORGE L. HAMILTON, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the First Judicial District, in and for Pima County.    John H. Campbell, Judge.    Affirmed.

John M. Feier and D. M. Penny, for Appellant.

John B. Wright, Attorney General, for Respondent.

PER CURIAM.—This is an appeal from a judgment of conviction and sentence for the crime of assault with intent to commit robbery.    There is no appearance for the appellant in this court.    We have examined the record, and find no prejudicial error therein.    The judgment and sentence of the trial court is affirmed.

CAMPBELL, J., not sitting.